**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONAL ASSOCIATION OF BENEFITS AND INSURANCE PROFESSIONALS,

*Plaintiff*,

v.

ROBERT F. KENNEDY, JR. et al.,

*Defendants*.

Civil Action No. 1:26-cv-04311-SAG

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND A WRIT OF MANDAMUS**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff National Association of Benefits and Insurance Professionals ("NABIP") hereby moves for entry of a temporary restraining order and a preliminary injunction: (1) enjoining Defendants from implementing or enforcing 45 C.F.R. § 155.220(o) and the moratorium on new agent and broker registrations for Plan Year 2027 announced thereunder, *see* 91 Fed. Reg. 60317 (Sept. 23, 2026); and (2) directing Defendants — or, in the alternative, issuing a writ of mandamus under 28 U.S.C. § 1361 compelling Defendants — to conduct new agent and broker training and to permit new agents and brokers to register, so they may participate in open enrollment when it begins on November 1, 2026.

As more fully set forth in the accompanying Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Plaintiff is likely to succeed on the merits of its claims under the Administrative Procedure Act, 5 U.S.C. §§ 553, 706; its members will suffer irreparable harm absent preliminary relief; the balance of equities

tips decidedly in its favor; and an injunction is in the public interest. Unless a temporary restraining order and preliminary injunction issue, NABIP's members will be excluded from the Plan Year 2027 open enrollment period and will suffer unrecoverable losses.

In support of this Motion, Plaintiff submits a Memorandum in Support, the supporting declarations, and a proposed order. Plaintiff respectfully requests a hearing on this Motion at the Court's earliest convenience.

Plaintiff further requests that the Court waive the security requirement of Federal Rule of Civil Procedure 65(c) or, in the alternative, require only nominal security.

For the foregoing reasons, and as set forth in the accompanying Memorandum, this Motion should be granted.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Joshua D. Branson*

Joshua D. Branson (Bar No. 29536)
Scott H. Angstreich (*pro hac vice* forthcoming)
Kenneth M. Fetterman (*pro hac vice* forthcoming)
Eliana Margo Pfeffer (*pro hac vice* forthcoming)
Christie M. Lawrence (*pro hac vice* forthcoming)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
sangstreich@kellogghansen.com
kfetterman@kellogghansen.com
epfeffer@kellogghansen.com
clawrence@kellogghansen.com

*Counsel for Plaintiff National Association of Benefits and Insurance Professionals*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2026, I served a copy of the foregoing Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction, and a Writ of Mandamus via certified mail to:

Dr. Mehmet Oz
The Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Robert F. Kennedy, Jr.
United States Department of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

Todd Blanche
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Tel.: (202) 514-2000

*Counsel for Defendants*

Kelly O. Hayes
United States Attorney for the District of Maryland
U.S. Attorney's Office, District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201
Tel.: (410) 209-4800

*Counsel for Defendants*

*/s/ Joshua D. Branson*

Joshua D. Branson