**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION OF BENEFITS AND INSURANCE PROFESSIONALS,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DR. MEHMET OZ, in his official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendants*. | No. 1:26-cv-04311-SAG<br><br>Hearing on TRO Set for Wednesday, October 21 at 2 PM |

**ORDER**

Upon consideration of the motion for temporary restraining order and the opposition thereto, it is this __________ day of October, 2026, hereby ORDERED that the motion is DENIED.

______________________________
Stephanie A. Gallagher
United States District Judge