**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION OF BENEFITS AND INSURANCE PROFESSIONALS,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants*. | Civil Action No. SAG-26-04311 |
| HEALTH AGENTS FOR AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants*. | Civil Action No. SAG-26-04415 |

**MOTION TO EXTEND TIME TO RESPOND TO COURT ORDER**

On November 5, 2026, the Court ordered the parties to jointly propose a schedule for the next step in these cases by November 12, 2026. ECF 28. Given the Veterans Day holiday and the need for additional time for the parties to confer, Defendant respectfully requests an extension of time for one week, up through and including November 19, 2026, to propose a schedule for next steps in these cases. Counsel for NABIP has consented to the extension. Counsel for HAFA did not respond to the request by the time of filing. A proposed order is attached.

WHEREFORE, Defendants respectfully request the Court GRANT this motion and EXTEND time to provide a joint proposed schedule until November 19, 2026.

Dated: November 12, 2026

Respectfully submitted,

KELLY O. HAYES
United States Attorney

/s/ Molissa H. Farber

Molissa H. Farber (802255)
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

*Attorney for Defendants*