**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION OF BENEFITS AND INSURANCE PROFESSIONALS,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants*. | Civil Action No. SAG-26-04311 |
| HEALTH AGENTS FOR AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants*. | Civil Action No. SAG-26-04415 |

**JOINT SUBMISSION REGARDING NEXT STEPS**

The parties have met and conferred and jointly propose the following:

1. Defendants will publish a document (the "Withdrawal") in the Federal Register that withdraws 45 C.F.R. § 155.220(o) from the Code of Federal Regulations and the moratorium imposed under that rule in the Interim Final Rule With Comment Period, *Patient Protection and Affordable Care Act; Temporary Moratoria on Certain Agent and Broker Registration to Participate in the Exchanges*, 91 Fed. Reg. 60317 (Sept. 23, 2026).

2. The parties agree that the stay of the Interim Final Rule and the moratorium on new agent and broker registrations with the Federally-facilitated Exchanges for Plan Year

2027 the Court entered on November 5, 2026, will remain in place until the effective date of the Withdrawal.

3. Within two (2) business days of the effective date of the Withdrawal, each Plaintiff will file a notice dismissing its complaint as moot.

4. Defendants commit not to take action against new agents and brokers as a group during the open enrollment period for Plan Year 2027.

Dated: November 19, 2026

Respectfully submitted,

KELLY O. HAYES
United States Attorney

/s/ Molissa H. Farber
Molissa H. Farber (802255)
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

*Attorney for Defendants*

/s/ James R. Napoli
James R. Napoli (16766)
Disceros Law PLLC
1054 31st Street, Suite 300
Washington, DC 20007
(202) 705-3973

*Counsel for Plaintiff Health Agents for America*

/s/ Scott H. Angstreich
Joshua D. Branson (29536)
Scott H. Angstreich (admitted *pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, DC 20036
(202) 326-7900

*Counsel for Plaintiff National Association of Benefits and Insurance Professionals*